AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
GERALD EDDIE BROWN, JR.,
also known as "Runner,"
[redacted]

*Defendant(s)*

Case: 1:26-mj-00040
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 2/24/2026
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 2023 to present in the county of ____________ in the ____________ District of Columbia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Offense or to Defraud the United States. |
| 22 U.S.C. § 2778 | Control of Arms Exports and Imports. |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

Emerson Follett

*Complainant's signature*

Emerson Follett, FBI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

*Judge's signature*

Date: 02/24/2026

City and state: Washington, D.C.

Matthew J. Sharbaugh, U.S. Magistrate Judge

*Printed name and title*