UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case: 1:26-mj-00040
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 2/24/2026
Description: COMPLAINT W/ARREST WARRANT

**UNITED STATES OF AMERICA** :
:
**v.** :
:
**GERALD EDDIE BROWN, JR.,** :
**also known as "Runner,"** :
:
**Defendant.** :

**UNDER SEAL**

**ORDER**

Having considered the Government's Motion to Seal the Complaint and Related Documents (the "Motion to Seal"), and for good cause stated therein, the Court makes the following findings:

1. Sealing the above-captioned warrant, complaint, and the application and affidavit in support thereof, and all attachments thereto and other related materials (collectively herein the "Arrest Warrant") will further the legitimate prosecutorial interest of obtaining custody of the defendant.

2. The public docketing at this time of the Arrest Warrant, the Motion to Seal, and this Order, could also cause the Defendant and his co-conspirators to flee and destroy evidence.

3. Accordingly, these facts present a legitimate basis for sealing the Arrest Warrant, the Motion to Seal, and this Order to Seal.

Based on the foregoing findings of fact, the Motion is hereby,

GRANTED, and it is hereby,

ORDERED that, in the above-captioned matter, the Arrest Warrant, the Motion to Seal, and this Order to Seal shall be sealed by the Clerk of the Court.

IT IS FURTHER ORDERED that, notwithstanding this Order to Seal, the Government may disclose the Arrest Warrant, and this Order to (1) appropriate U.S. and foreign law enforcement officials and other officials and personnel to the extent that such disclosure is in furtherance of national security or efforts to locate, arrest, detain, transfer, extradite, or expel the Defendant, and (2) the court, court officials, and defense counsel in this district or any other appropriate district as necessary to conduct any court proceedings in that district.

It is FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the Arrest Warrant, the Motion to Seal, and this Order to seal until further order of this Court.

It is FURTHER ORDERED that the Arrest Warrant and this Order to Seal shall be unsealed upon oral motion of the Government to this Court or to any Court where the defendant is first presented, and the government is granted authority to automatically unseal the instant matter once sealing is no longer required, without further order from this Court.

It is FURTHER ORDERED that the Clerk of the Court shall provide to the Government certified copies of the Complaint, Arrest Warrant, the Motion to Seal, and this Order to Seal, upon request.

Date: February 24, 2026

MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE