AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

U.S. MARSHAL-DC RECEIVED FEB 25

United States of America
v.
GERALD EDDIE BROWN, JR.,
also known as "Runner,"

*Defendant*

Case: 1:26-mj-00040
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 2/24/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Gerald Eddie Brown Jr. , who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 ; Conspiracy to Commit Offense or to Defraud the United States.
22 U.S.C. § 2778 ; Control of Arms Exports and Imports.

Date: 02/24/2026

*Issuing officer's signature*

City and state: Washington, D.C.

Hon. Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/24/26 , and the person was arrested on *(date)* 3/17/26 at *(city and state)* Washington D.C. .

Date: 3/17/26

*Arresting officer's signature*

Amandazi FED
*Printed name and title*