**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**
**Grand Jury Sworn in on October 30, 2025**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 26-mj-00040** |
| **v.** | : | **GRAND JURY ORIGINAL** |
| **GERALD EDDIE BROWN, JR., Also known as "Runner" and "Jack,"** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 371 (Conspiracy)** |
| **Defendant.** | : | |
| | : | **22 U.S.C. § 2778 (Arms Export Control Act)** |

**INDICTMENT**

The Grand Jury charges that, at all times material to this Indictment, on or about the dates stated below:

The Defendant and Co-Conspirators

1. Defendant **GERALD EDDIE BROWN, JR.** ("**BROWN**") is a U.S. citizen born in South Carolina. BROWN served on active duty in the U.S. Air Force ("USAF") between in or around 1983 and in or around 1997, when he retired with the rank of Major. Until approximately 2007, BROWN was part of the USAF Reserve. During BROWN's USAF career, BROWN flew or trained on a variety of military aircraft, including the A-10, F-111, F-4, F-16, F-15, and AT-38. Between approximately 2001 and 2020, BROWN was a civilian cargo pilot and simulator instructor for several companies. Between in or around April 2020 and in or around April 2022, BROWN was a contract simulator instructor for the A-10 aircraft for Delaware Resource Group at Osan Air Base in South Korea. Between in or around May 2022 and in or around November 2023, BROWN was a contract simulator instructor for the F-35 aircraft for Lockheed Martin, primarily at Luke Air Force Base in Arizona. BROWN utilized the call sign "Runner" throughout his military and civilian

career as a pilot. While in the People's Republic of China ("China" or "the PRC"), BROWN also utilized the name "Jack."

2. **CO-CONSPIRATOR 1** is a dual U.S. citizen and Ecuadorian citizen born in Texas who served in the Ecuadorian Air Force from in or about 1998 until in or about 2015, when he retired with the rank of Major.

3. **Stephen Su Bin ("SU BIN")** is a Chinese citizen residing in China. In 2014, SU BIN was placed on the Commerce Department's Entity List after having been "determined by the U.S. Government to be acting contrary to the national security or foreign policy interests of the United States." SU BIN is the owner of the Chinese company Stratos Aviation ("Stratos"), which employed BROWN in China and is also on the Entity List. SU BIN was previously affiliated with the Test Flying Academy of South Africa ("TFASA"), a South African company that specializes in military flight testing and training through facilities in South Africa and China. TFASA was also added to the Entity List in June 2023 for providing training to Chinese military pilots using U.S. sources and NATO sources.

## Legal Background

### *Arms Export Control Act (AECA) and the International Traffic in Arms Regulations (ITAR)*

4. The AECA, 22 U.S.C. § 2778, authorizes the President of the United States to control the export of "defense articles" and "defense services" by designating those certain items as defense articles and promulgating regulations for the export of such articles and services, and by imposing certain licensing requirements consistent with those regulations.

5. The President delegated his statutory authority to promulgate regulations with respect to the export of defense articles and defense services to the U.S. Secretary of State by Executive Order 11958, as amended.

6. The International Traffic in Arms Regulations ("ITAR"), 31 C.F.R. Parts 120-130, set forth the regulations implementing the AECA.

7. Under the ITAR, "defense services" are defined "as the furnishing of assistance (including training) to any foreign person, whether in the United States or abroad[,] in the design, development, engineering, manufacture, production, assembly, testing, repair, maintenance, modification, operation, demilitarization, destruction, processing or use of defense articles." 22 C.F.R. § 120.32(a)(1). Defense services also include the "furnishing to foreign persons of any technical data controlled under [the ITAR], whether in the United States or abroad," 22 C.F.R. § 120.32(a)(2), and "[m]ilitary training of foreign units and forces, regular and irregular, including formal or informal instruction of foreign persons in the United States or abroad or by correspondence courses, technical, educational, or information publications and media of all kinds, training aid, orientation, training exercise, and military advice." 22 C.F.R. § 120.32(a)(3).

8. In addition, the definition of "export" includes, "[p]erforming a defense service on behalf of, or for the benefit of, a foreign person, whether in the United States or abroad." 22 C.F.R. § 120.50(a)(5).

9. "Defense articles" are defined as any item or technical data designated on the United States Munitions List ("USML"). 22 C.F.R. § 120.31. The USML sets forth twenty-one categories of defense articles that are subject to the ITAR and the export licensing controls of the Directorate of Defense Trade Controls ("DDTC"). 22 C.F.R. § 121.1. As relevant here, the USML includes "[a]ircraft, whether manned, unmanned, remotely piloted, or optionally piloted, [including] [f]ighters, fighter bombers, and fixed-wing attack aircraft." 22 C.F.R. § 121.1 (Category VIII(a)(2)). In addition, the USML specifically includes all U.S.-origin aircraft that bear an original military designation of A, B, E, F, K, M, P, R, or S, 22 C.F.R. § 121.1 (Category

VIII(a)(15)(i)), or foreign-origin aircraft specially designed to provide functions equivalent to aircraft with original military designation of A, B, E, F, K, M, P, R, or S. 22 C.F.R. § 121.1 (Category VIII(a)(15)(ii)).

10. "Technical Data" is defined in the ITAR, in relevant part, as information that "is required for the design, development, production, manufacture, assembly, operation, repair, testing, maintenance, or modification of defense articles" and software directly related to defense articles. 22 C.F.R. §§ 120.33(a)(1), (4).

11. Under the ITAR, "[t]he approval of DDTC must be requested and obtained before a defense service may be furnished, unless an exemption . . . is applicable." 22 C.F.R. § 120.14(b). The U.S. government has a "policy of denial" for the export of defense services and defense articles to the PRC. 22 C.F.R. § 126.1(d)(1). Registration with DDTC is "generally a precondition to the issuance of any license or other approval" to export defense services or defense articles. 22 C.F.R. § 122.1(c).

12. Under 22 U.S.C. § 2778(c), it is a crime for "[a]ny person [to] willfully violate[] any provision of [the AECA or ITAR]."

13. DDTC's licensing authority is located in Washington, D.C.

**BACKGROUND ON U.S. AND CHINESE MILITARY AIRCRAFT**

14. U.S.-origin military aircraft are designated by letter and number combinations to indicate basic facts about a given aircraft's function. The initial letter in an aircraft designation describes the aircraft's basic mission. As relevant here:

a. The letter "F" is the designation for "fighter" aircraft that are designed to intercept and destroy other aircraft and/or missiles.

b. The letter "A" is the designation for "attack" aircraft that are designed to search out and destroy enemy land or sea targets using conventional weapons.

c. The letter "T" is the designation for "trainer" aircraft that are designed for training personnel in the operation of aircraft.

d. The letters "AT" are the designation for "advanced trainer" aircraft that are designed for training personnel in the operation of aircraft.

15. The number in an aircraft designation is the aircraft's design number, which indicates the aircraft's configuration or capabilities.

16. In particular, the following U.S-origin military aircraft are relevant here:

a. F-4: The F-4 "Phantom II" is a tandem two-seat, twin-engine, all-weather, long-range supersonic jet interceptor and fighter-bomber that was developed by McDonnell Aircraft (part of McDonnell Douglas, now part of Boeing) for the U.S. Navy.

b. F-15: The F-15 "Eagle" is a twin-engine, all-weather fighter aircraft designed by McDonnell Douglas (now part of Boeing).

c. F-16: The F-16 "Fighting Falcon" is a single-engine supersonic multirole fighter aircraft designed by General Dynamics (now Lockheed Martin).

d. F-35: The F-35 "Lightning II" is a description of several variants of single-seat, single-engine, supersonic stealth joint strike fighters designed by Lockheed Martin.

e. F-111: The F-111 "Aardvark" is a now-retired supersonic, medium-range, fighter-bomber designed by General Dynamics.

f. A-10: The A-10 "Thunderbolt II" (known informally as the "Warthog") is a twin-engine jet aircraft specially designed for low altitude close air support of ground forces by Fairchild Republic Company.

g. AT-38: The AT-38 "Talon" is a two-seat, twinjet supersonic jet trainer designed and produced by Northrop Corporation.

17. Chinese military aircraft are also designated by similar letter and number combinations, with the initial letter in a Chinese military aircraft designation also describing the aircraft's basic mission. As relevant here:

a. The letter "J" is the Chinese designation for fighter aircraft that are designed to search out and destroy enemy land or sea targets using conventional weapons.

b. The letters "JL" is the designation for trainer aircraft that are designed for training personnel in the operation of aircraft.

18. Similar to U.S.-origin military aircraft, the number in a Chinese military aircraft designation is the aircraft's design number, which indicates the aircraft's configuration or capabilities.

19. Chinese military aircraft are operated by various military entities. As relevant here, the People's Liberation Army Air Force ("PLAAF") is the aviation branch of the Chinese military, known formally as the People's Liberation Army ("PLA"). The PLAAF is the PLA's primary aerial warfare service and controls most of the PLA's air assets, including fighter aircraft, large airlifters, and strategic bombers.

20. In particular, the following Chinese military aircraft are relevant here:

a. J-10: The J-10 is a Chinese single-engine multirole combat aircraft produced by the Chengdu Aircraft Corporation that entered service in or around 2005.

b. J-11: The Shenyang J-11 is a twin-engine jet fighter derived from the Soviet-designed Sukhoi Su-27SK and manufactured by the Shenyang Aircraft Corporation.

c. J-12: The Nanchang J-12 was a lightweight supersonic fighter built by the PRC military that ultimately did not enter active service with the PLA.

d. JL-8: The JL-8 is a two-seat intermediate jet trainer and light attack aircraft designed by China Nanchang Aircraft Manufacturing Corporation.

e. JL-10: The JL-10 is a supersonic advanced jet trainer and light combat aircraft developed by Hongdu Aviation Industry Corporation.

**COUNT ONE**
**(Conspiracy)**

21. The allegations in paragraphs 1 through 20 are realleged and incorporated here by reference.

22. Between in or about September 2023 and in or about February 2026, within the District of Columbia and elsewhere, the defendant, **GERALD EDDIE BROWN, JR.**, did knowingly and willfully conspire, combine, confederate, and agree together with others known and unknown to the Grand Jury to provide defense services without a license to the PRC military by training members of the PLAAF in the operation and use of defense articles, namely fighter aircraft, and by providing military training to members of the PLAAF, a regular foreign military force, in violation of Title 18, United States Code, Section 371; Title 22, United States Code, Section 2778(c); and Title 22, Code of Federal Regulations, Sections 120.14(b), 120.32(a)(1)-(3), and 120.50(a)(5).

**Objects of the Conspiracy**

23. The objects of the conspiracy were, among others:

a. to provide training to the PRC military by training members of the PLAAF in the use and operation of fighter aircraft; and

b. to conceal certain of the acts committed in furtherance of the conspiracy and its purpose from U.S. law enforcement, the U.S. military, and others.

**Manner and Means**

24. It was further a part of the conspiracy that BROWN and his co-conspirators used the following manner and means to achieve the goals of the conspiracy:

a. BROWN communicated with his co-conspirators regarding his U.S. military experience in order to finalize BROWN's contract, plan logistics, and tailor training presentations to the PRC military;

b. BROWN traveled from the United States to the PRC to provide in-person training to the PRC military on fighter aircraft operations;

c. BROWN attended meetings in which he provided briefings to the PRC military and PRC intelligence services about various topics, including BROWN's career, the USAF, and USAF combat doctrine;

d. BROWN and his co-conspirators provided training to the PRC military, including the PLAAF, on combat aircraft operations;

e. BROWN and his co-conspirators used encrypted messaging applications and concealed or deleted communications made in furtherance of the conspiracy; and

f. BROWN and his co-conspirators did not apply for or obtain the necessary licenses from DDTC to lawfully furnish defense services to the PRC.

**Overt Acts in Furtherance of the Conspiracy**

25. In furtherance of the conspiracy and to affect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Columbia and elsewhere:

a. In or around September 2023, CO-CONSPIRATOR 1 called BROWN regarding

his interest in working on behalf of Stratos in the PRC.

b. On or about October 2, 2023, BROWN wrote a message to CO-CONSPIRATOR 1 asking if he was "actually flying the J-10? Or simulators? Or?"[1] CO-CONSPIRATOR 1 responded that "[t]hey need pilots even for J-10." BROWN responded, "I'm in! But will they accept me? I'm old," to which CO-CONSPIRATOR 1 responded, "[t]hey will but tell them you're very experienced in F-4 or any other American plane." BROWN responded that he had "2700+ Fighter hours" of flight time during his career.

c. Later on or about October 2, 2023, CO-CONSPIRATOR 1 sent BROWN two messages with JPEG attachments depicting screenshots of an email sent by a USAF representative to PERSON 1 with the subject line "Aviation Support to TFASA Employees" warning that TFASA was subject to a "multinational inquiry" for "providing defense services to the People's Republic of China, specifically the People's Liberation Army (PLA)." The email noted that "[g]iven your history of access to your nation's military tactics, techniques, procedures (TTPs), technology, and sensitive data, your active assistance to the PLA through TFASA places you at risk for criminal and civil action." The email further "recommend[ed] severing your connection with TFASA and the PLA," stating that while "[y]our actions to support the PLA to date must be adjudicated," "preventing further damage to the national security of the United States, the NATO alliance, and your professional reputation moving forward is our priority." The email ended by providing contact information

[1] Unless otherwise noted, all communications referenced herein were conducted via the encrypted messaging application Threema.

"[i]f you are interested in learning more about how to remove yourself from this situation."

d. Later on or about October 2, 2023, CO-CONSPIRATOR 1 sent BROWN a screenshot of a series of messages with a user whose name translates from Mandarin Chinese to "Mr. Su Bin," an account used by SU BIN. In the messages depicted in the screenshot, CO-CONSPIRATOR 1 wrote to SU BIN that "I have an American for you. Former AF [Air Force]. Very experienced. When you have a chance, please text me back." SU BIN responded, "yes, please send CV to my WeChat, otherwise, you can give to me when I am in shijiazhuang on Oct . 9." Shijiazhuang is a city in the PRC's Hebei Province, southwest of Beijing, which hosts the PLAAF's Shijiazhuang Flight Academy, one of the PLAAF's flight academies for training on the JL-10 and J-10 aircraft.

e. On or about October 3, 2023, BROWN and CO-CONSPIRATOR 1 corresponded regarding BROWN's resume, the file name of which was "GERALD BROWN – INSTRUCTOR FIGHTER PILOT," which listed its "Objective" as "Tactical Aviation Employment," and which summarized BROWN's lengthy career as a USAF fighter pilot. After CO-CONSPIRATOR 1 made formatting edits to BROWN's resume, BROWN asked, "[i]s this what they want?" and CO-CONSPIRATOR 1 responded, "[i]n my opinion they will love you." CO-CONSPIRATOR 1 then wrote, "Ok. I'm gonna send it right now," to which BROWN responded, "[l]et me know what he thinks." CO-CONSPIRATOR 1 then wrote, "I'll keep you posted for sure. Since there's not email and phone number, I'm gonna be in the middle until they reach you for the interview."

f. Later on or about October 3, 2023, CO-CONSPIRATOR 1 wrote to BROWN:

> Boss [SU BIN] called me. He's very interested in you. He wants to send to you to the fighter weapons school. Since he's civilian, it is only his idea. Anyway, he asked me if your will is to fly, I said YES. Things are going well today, he will be in contact with me in the next days because the whole country is in holidays, so the AF [Air Force] is not working neither but as soon as possible for him, he will set up an interview. He agreed for me to be in between until they reach you. Have a good night brother.

g. Later on or about October 3, 2023, BROWN responded,

> Fantastic! That is unexpected but very happy news! Where is the Fighter Weapons School located? What aircraft do they fly? It would be awesome to be the equivalent of "Red Air" / Adversary Air there as a trainer—like [U.S. COMPANY 1]! I am looking forward to flying with you in the JL-10, it's been a long time waiting for that chance.

The terms "red air and "adversary air" refer to training exercises that simulate air combat with an enemy air force.

h. Later on or about October 3, 2023, CO-CONSPIRATOR 1 sent BROWN a screenshot of a message with SU BIN in which BROWN stated, "I think you're going to like this resume so much. He's a very talented guy." In that screenshot, SU BIN then responded, "very nice, how old is he?" CO-CONSPIRATOR 1 responded that BROWN is 63, after which SU BIN asked, "is he willing to fly."

i. Later on or about October 3, 2023, CO-CONSPIRATOR 1 wrote to BROWN, "Hey Runner. I don't know the details but probably might be the J-10." BROWN responded, "Okay, any fighter is cool!" CO-CONSPIRATOR 1 then wrote, "Let's wait for his response the next 10 days. That's what he said." BROWN responded, "Sounds like they will be doing a little research. Unlike [PERSON 2], I have my

credentials— medal certificates like you have, and more. I am feeling very good about this."

j. On or about October 12, 2023, BROWN wrote to CO-CONSPIRATOR 1, "I'm still in my brother, just let me know what you hear." CO-CONSPIRATOR 1 responded, "Don't worry. Boss [SU BIN] called me to ask if you're still interested. I said absolutely YES, so he's going to contact you soon. Anyway, let me call him again to confirm." CO-CONSPIRATOR 1 then wrote,

> Boss [SU BIN] said he will have an answer these days, so by the end of the week he will know for sure. I heard him happy so, be optimistic brother. Hope they assign you in my base otherwise you'll go where is the local equivalent as the USAF Weapon School.

k. On or about October 14, 2023, CO-CONSPIRATOR 1 sent BROWN a screenshot of a message SU BIN sent CO-CONSPIRATOR 1 on a different messaging platform. In that message, SU BIN wrote, "would you please so kind to tell your friend that we can have interview with him early next week, would you please forward his threema to me and [PERSON 3]." CO-CONSPIRATOR 1 then wrote to BROWN, "I'm gonna share them your Threema ID."

l. On or about October 16, 2023, CO-CONSPIRATOR 1 wrote to BROWN with details for BROWN's interview, to which BROWN responded, "Thank you my brother—I am ready to live in China! Can't wait to fly a fighter again — perfect!!!" CO-CONSPIRATOR 1 responded, "My pleasure man. Hope you come soon. Work on your passport please."

m. Later on or about October 16, 2023, BROWN wrote to CO-CONSPIRATOR 1 that "I hope the program continues for at least 5 years and then I will retire in China or Thailand or Vietnam. All I care about now is going fast again and pulling g's.....

Oh, and gunning you in [Basic Fighter Maneuvers]."

n. On or about October 17, 2023, CO-CONSPIRATOR 1 sent BROWN a message with a link for an interview on the videoconference platform Zoom "for tomorrow 18 Oct at 2100 local."

o. On or about October 18, 2023, BROWN participated in a job interview via Zoom with SU BIN and CO-CONSPIRATOR 1.

p. On or about October 20, 2023, BROWN wrote to CO-CONSPIRATOR 1, "Hello brother. I received an offer this morning" and "The offer is 13,000 base salary." BROWN then followed up that the offer "has tuition for children," but that BROWN is "trying to see if I can receive benefits and more salary." CO-CONSPIRATOR 1 responded, "All of us received the same." CO-CONSPIRATOR 1 then wrote, "Try. For 5 years and the possibility to fly!!!", to which BROWN responded "Yes, I want to fly!!!!!!!!"

q. Thereafter on or about October 20, 2023, BROWN and CO-CONSPIRATOR 1 discussed that BROWN's offer would include his ticket "to get there" and the details of the travel allowance. CO-CONSPIRATOR 1 responded, "Everything when you arrive and the relocation also. They pay $15K in addition of your salary." CO-CONSPIRATOR 1 then followed up, "Travel allowance is in addition of the salary. They give you $36k per per [sic] year. So, you receive $3,000 each month." BROWN responded, "I think the final pay is 18,000 a month plus 15,000 for relocation. How long is the probation time?" CO-CONSPIRATOR 1 responded, "Exactly. It is 2 months but for pilots until the training finishes. They will love you buddy."

r. Later on or about October 20, 2023, BROWN wrote,

> I want to come there and I want to fly. Did they increase your salary as soon as you accepted the flying position? The offer is actually less now than my offer to be a simulator instructor in Italy. But in Italy there is no flying.

CO-CONSPIRATOR 1 suggested to BROWN, "Negotiate with SuBin, maybe he accepts to increase your payment." BROWN responded, "I will try. This will be my last job possible."

s. Later on or about October 20, 2023, BROWN asked CO-CONSPIRATOR 1, "Is this the offer they gave [PERSON 2]?" CO-CONSPIRATOR 1 responded, "No, pilots earn 5k more in total" and noted that "SuBin is very interested in you. He had less expectations with [PERSON 2], but you, he liked your resume. It's up to you buddy." BROWN noted that he would "study the offer" and asked, "Do you think I will fly?" CO-CONSPIRATOR 1 responded, "I can not assure you. But once they meet you and knowing your strong desire for flying, I assume they'll let you fly." CO-CONSPIRATOR 1 added, "I'm not so valuable like you for them. In other words, you have a much better chance to fly than I had."

t. Later on or about October 20, 2023, BROWN wrote to CO-CONSPIRATOR 1, "I just spoke to Subin and he added a little to my salary. He also explained that we can renegotiate when I arrive and meet the customer." BROWN then wrote, "I accepted the offer." CO-CONSPIRATOR 1 responded, "Awesome man!! I'm more than happy."

u. Later on or about October 20, 2023, CO-CONSPIRATOR 1 wrote to BROWN that "[i]f you fly the J-10, it is in a small town which has pretty much less facilities than

this city (I've heard)." BROWN responded in part that "I understand, I don't mind a small city," and that "military life is difficult."

v. Later on or about October 20, 2023, BROWN wrote to CO-CONSPIRATOR 1, "I will be preparing my things here to move there as soon as possible." CO-CONSPIRATOR 1 responded, "Cool. Get your passport ASAP."

w. Later on or about October 20, 2023, BROWN wrote to CO-CONSPIRATOR 1, "Don't' tell anyone that I am coming please." BROWN added that "[i]t is important to keep this off of social media." CO-CONSPIRATOR 1 responded, "Absolutely. I don't have any social media account. No post at all of my life." BROWN then noted, "Same here, but [PERSON 2] has many in his pursuit of a flying position and defending his previous careers." CO-CONSPIRATOR 1 responded that "[t]his is very sensitive, I will do my part." In response, BROWN emphasized that PERSON 2 "doesn't understand the serious damage that can occur from one post online."

x. Later on or about October 20, 2023, BROWN asked CO-CONSPIRATOR 1, "Do you they have good simulators there?" CO-CONSPIRATOR 1 responded, "For the JL-10. Yes. It's pretty nice." BROWN wrote that he hoped the simulator controls and displays are in English because he doesn't read Chinese, and CO-CONSPIRATOR 1 noted that most JL-8 simulators are in English but that he did not know the JL-10 simulator. BROWN and CO-CONSPIRATOR 1 then discussed the difficulty of learning Chinese, with BROWN emphasizing, "I just want to learn to say, 'Guns track kill, knock it off and reset for the next engagement!'" BROWN added, "Just joking buddy, but confidence is always good in a fighter pilot. I am

really looking forward to discussing many things with you when I arrive. Thanks for everything!!"

y. On or about October 31, 2023, BROWN wrote to CO-CONSPIRATOR 1, "I am keeping busy preparing to move, throwing stuff away, selling stuff, and getting my condo ready to sell. I had a meeting today with my real estate agent. I am still waiting for my passport."

z. Later on or about October 31, 2023, BROWN wrote to CO-CONSPIRATOR 1, "Is Subin keeping quiet about me coming?" CO-CONSPIRATOR 1 responded, "Absolutely. Nobody knows." BROWN then wrote that "I have not said a word or even a hint to anyone."

aa. Later on or about October 31, 2023, BROWN reiterated that "the main thing is flying!!" CO-CONSPIRATOR 1 responded that "They need to see you in person" and "You will convince them." BROWN later noted that "It's good that I spent 2 years in Korea to see all the changes in the Air Force since I retired." BROWN added, "Can you believe that they don't do formation takeoffs and formation landings anymore?!!!!!?!!" BROWN then wrote that "They fly like pansies" and "They rely 100% on superior technology." CO-CONSPIRATOR 1 responded, "I heard. I flew formation landing and TO [takeoff] over here." BROWN later responded, "When I was flying the the [sic] Air Force, we were proud to think we were the best fighter pilots in the world—nothing about technology!"

bb. Later on or about October 31, 2023, BROWN wrote to CO-CONSPIRATOR 1, "It was killing me to think about it all being over!!! Now.... I have the chance to fly and instruct fighter pilots again!" BROWN added, "It feels like this is my destiny."

CO-CONSPIRATOR 1 responded, "Let's pray buddy. I accept God's will" and BROWN responded, "I agree brother, and I will never forget that you are making this possible."

cc. On or about November 16, 2023, BROWN obtained a new U.S. passport and then informed CO-CONSPIRATOR 1 of that same fact.

dd. On or about November 29, 2023, BROWN traveled to Chicago, Illinois to obtain his visa from the Chinese Consulate to travel to the PRC.

ee. On or about December 1, 2023, BROWN obtained a visa from the Chinese consulate in Chicago, after which he informed CO-CONSPIRATOR 1 of that same fact.

ff. On or about December 4, 2023, BROWN asked CO-CONSPIRATOR 1, "Do I need to bring any documentation of my history? Or should I just show them what I can do and answer questions." CO-CONSPIRATOR 1 responded, "In my opinion don't bring anything. Just show up. They will realize your experience and knowledge by themselves when they treat you more." BROWN responded, "I like that better. We used to say, There are FIGHTER pilots with 500 hours, and there are pilots that flew a fighter for 1 hour.... Five hundred times." CO-CONSPIRATOR 1 noted that "There are many pilots who have flown 2000 hours but look like they just started flying yesterday." BROWN then responded, "Yep! That's why I agree with you that any documents I have are useless. I cannot stop thinking about flying again. And living in a great country."

gg. On or about December 8, 2023, BROWN updated CO-CONSPIRATOR about his travel plans to China and asked if SU BIN had "[a]ny feedback on flying." CO-CONSPIRATOR 1 responded that SU BIN "said he's looking for it," to which

BROWN responded that "I will fly anything— J-10, 11, 12!" CO-CONSPIRATOR 1 responded, "Things will fall as their own weight. (It's a sentence used in my country). In other words, once they realize who are you and how talented you are, they will find a position for flying."

hh. On or about December 9, 2023, BROWN departed the United States for the PRC, via San Francisco.

ii. On or about December 11, 2023, CO-CONSPIRATOR 1 asked if BROWN had arrived in the PRC. BROWN responded, "Yes brother, I arrived last night and had dinner with Subin and [PERSON 4]. Today I will get the health check and bank account." The next day, BROWN wrote to CO-CONSPIRATOR 1 that "the medical was early. At the bank now. They gave me a new phone and computer also."

jj. On or about December 11, 2023, BROWN provided a briefing about the USAF to officials from the PLAAF.

kk. On or about December 12, 2023, BROWN wrote to CO-CONSPIRATOR 1, "Good morning warrior, everything is good. Today I must prepare and present a brief about myself for the Air Force." BROWN then noted that "I think it will be important about my flying or not." BROWN then wrote that, "Yesterday they asked me questions about the Air Force— 3 hours" and "I wasn't sure what they wanted to know." CO-CONSPIRATOR 1 responded that "It's normal. Sometimes they are not clear about the subject. I attended a meeting and they were very surprised with simple information I learned in my AF [Air Force]. I can't imagine you talking about yours." BROWN responded that "I want them to understand that I am humble, but

it's difficult with my background—difficult to explain the vast experience I have and not sound like I am arrogant." CO-CONSPIRATOR 1 responded, suggesting that BROWN "Push SuBin a little bit." BROWN then added that SU BIN "is going to help me prepare this morning." CO-CONSPIRATOR 1 responded, "You'll succeed man. Let's pray." CO-CONSPIRATOR 1 also added that "The base for the J-10 is far south— by Nanjing."

ll. Starting in or about December 2023, SU BIN, through one of his associated companies, made monthly payments to BROWN of at least $18,000 via direct deposit to BROWN's account at the Industrial and Commercial Bank of China.

mm. Between in or around December 2023 and in or around January 2026, BROWN met with officials from Chinese military intelligence services on approximately 10-15 occasions to answer questions on a variety of topics, including his USAF career and work at Lockheed Martin.

nn. On or about January 16, 2024, CO-CONSPIRATOR 1 sent a message to BROWN, "Brother. Don't reply. I will contact you soon. Delete me here and WeChat also. We'll talk later. Kind regards brother." CO-CONSPIRATOR 1 then deleted his prior communications with BROWN in the encrypted messaging application Threema from his phone.

oo. Later on or about January 16, 2024, CO-CONSPIRATOR 1 voluntarily provided his phone to the FBI without disclosing that he had deleted relevant communications with BROWN.

pp. In or around May 2024, at the direction of SU BIN and others, BROWN traveled to South Korea with the goal of meeting with USAF personnel and collecting

documents regarding topics of interest to the Chinese military and intelligence services, including technical data controlled under the ITAR.

qq. On or about May 30, 2024, upon BROWN's return to China from South Korea, BROWN met with Chinese military intelligence officials for a debrief and provided his electronic devices to them so that they could download relevant information from those devices.

rr. In or around July or August 2024, BROWN communicated with SU BIN regarding teaching a course to the PLAAF on electronic warfare and suppression of enemy air defenses. BROWN then communicated with PLAAF officials to assist in the preparation of materials for the course.

ss. In or around July or August 2024, BROWN gave several lectures to PLAAF officials at a military conference in Beijing on topics including USAF structure, the history of electronic warfare, and the USAF F-35 platform.

tt. In or around September 2024, SU BIN, through one of his associated companies, paid for BROWN to fly to Thailand on or about September 13, 2024, as additional compensation for BROWN's participation in the PLAAF course on electronic warfare and suppression of enemy air defenses.

uu. In or around the fall of 2025, BROWN participated in approximately five meetings with officials with the PLAAF, during which BROWN answered questions about his military career, professional background, and combat experience.

vv. At no time during the conspiracy did BROWN or any Co-Conspirator apply for or obtain the necessary license from DDTC, located in the District of Columbia, to provide defense services to the PRC military.

(**Conspiracy to Violate the Arms Export Control Act**, in violation of Title 18, United States Code, Section 371)

**COUNT TWO**
**(Arms Export Control Act)**

26. The allegations in paragraphs 1 through 25 are realleged and incorporated here by reference.

27. Between in or around December 2023 and in or around January 2026, in the District of Columbia and elsewhere, the defendant, **GERALD EDDIE BROWN, JR.**, did knowingly and willfully provide defense services without a license to the PRC military by training members of the PLAAF in the operation and use of defense articles, namely fighter aircraft, and by providing military training to members of the PLAAF, a regular foreign military force, in violation of Title 22, United States Code, Section 2778(c); and Title 22, Code of Federal Regulations, Sections 120.14(b), 120.32(a)(1)-(3), and 120.50(a)(5).

(**Arms Export Control Act**, in violation of Title 22, United States Code, Section 2778)

**FORFEITURE ALLEGATIONS**

28. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

29. Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant, **GERALD EDDIE BROWN, JR.**, shall forfeit to the United States any property, real or personal, which constitutes, or is derived from proceeds traceable to this offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment for a sum of money equal to the value of any property, real or personal, which constitutes, or is derived from proceeds traceable to this offense.

## SUBSTITUTE ASSETS

30. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JOHN A. EISENBERG
Assistant Attorney General for National Security

By: Christian J. Nauvel /s/ BDB
CHRISTIAN J. NAUVEL
Acting Chief, Counterintelligence and Export Control Section