**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: 26-cr-67 (CRC)** |
| **v.** | : | |
| | : | |
| **GERALD EDDIE BROWN, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

## CONSENT MOTION FOR A PROTECTIVE ORDER GOVERNING DISCOVERY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to issue a protective order governing discovery. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that parties consent to the entry of the attached protective order.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Steven Wasserman*
STEVEN B. WASSERMAN
Assistant United States Attorney
D.C. Bar Number 453251
National Security Section
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7719
Email: steve.wasserman@usdoj.gov

BEAU D. BARNES
Trial Attorney
D.C. Bar No. 1024150
National Security Division
U.S. Department of Justice

950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: 202-205-4679
Email: Beaudre.Barnes@usdoj.gov

Date: April 2, 2026

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defense counsel of record via the electronic case filing system this 2nd day of April 2026.

/s/ *Steven Wasserman*_______
STEVEN B. WASSERMAN
Assistant United States Attorney