**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **No. 26-cr-067 (CRC)** |
| **GERALD EDDIE BROWN, JR.** | : | |

**MOTION TO PREVENT**
**DEFENDANT'S TRANSFER TO ANOTHER BOP FACILITY**

Mr. Gerald Eddie Brown, Jr., through undersigned counsel, respectfully asks this Honorable Court to request that the Federal Bureau of Prisons and United States Marshal Service prevent the transfer of Mr. Brown from Northern Neck Regional Jail to any other facility or prison until the matter of his bond is resolved.

On March 25, 2026, Chief Judge Boasberg ordered Mr. Brown released subject to placing his home as security on bond. Mr. Brown's home is located in Indiana. In order to secure bond, Mr. Brown, due to his present detention, needs to notarize a document that will grant power of attorney to a family member, who can then go to Indiana and place a lien on the property for Mr. Brown's bond. Undersigned counsel has arranged for a notary to visit Mr. Brown at Northern Neck Regional Jail in the coming days. Prior to Mr. Brown's latest court hearing, he was almost moved to another detention facility. Mr. Brown has a Sixth Amendment right to access to counsel and, in order to secure his bond, undersigned counsel requests that he remain at Northern Neck Regional Jail until counsel is able to communicate with him regarding his bond and obtain his notarized signature.

For the foregoing reasons, Mr. Brown asks the Court to request that the Federal Bureau of Prisons and United States Marshal Service refrain from any transfer of Mr. Brown from Northern Neck Regional Jail to another facility until the matter of his bond is resolved.

Respectfully submitted,

1

2

/s/ Courtney L. Millian
Courtney Millian
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500

2