**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**GERALD BROWN,**<br><br>**Defendant.** | **Criminal No. 26-cr-67 (CRC)** |

**JOINT MOTION TO CONTINUE STATUS HEARING AND
TO EXCLUDE TIME FOR PURPOSES OF THE SPEEDY TRIAL ACT**

The parties were last before the Court for the defendant's arraignment on initial appearance on March 31, 2026. At that time, the Court ordered that the defendant be released on home confinement. The Court then set a status hearing for July 14, 2026. The parties jointly request that the Court continue that status hearing by approximately 60 days and that the Court exclude the interim time for speedy trial purposes. The parties now state as follows:

1. The discovery process is ongoing, and the government has recently provided the defense with multiple search warrant returns which contain voluminous materials. The government anticipates providing the defense with an additional tranche of records in the next two weeks, which consist of subpoenaed records and agencies reports related to the investigation. Given the ongoing discovery process, the parties have not yet had the opportunity to engage in plea negotiations to assess whether a pretrial disposition is possible. Accordingly, the parties seek a continuance of the July 14, 2026, hearing to allow the completion of discovery and to engage in plea negotiations. A continuance of 60 days would result in the next status hearing being scheduled on or about the week of September 14, 2026. The parties would request the Court provide the parties with available dates to hold a status hearing during that time period.

2. The parties also ask that the Court exclude the time between July 14, 2026, and the date of the next scheduled status hearing from the time within which a trial of this matter commences under the Speedy Trial Act. In light of the ongoing discovery and the need to allow for plea negotiations, the parties submit that such an exclusion is appropriate because "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Undersigned counsel has conferred with counsel for the defendant, Courtney Millian, who has advised that the defendant agrees with the filing of this motion

WHEREFORE the parties jointly request the relief sought in this motion. A proposed order is attached.

Respectfully submitted on behalf of the parties,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: /s/*Steven Wasserman*_____
Assistant United States Attorney
D.C. Bar No. 453251
National Security Section
601 D. Street, NW
Washington, DC 20530
(o) 202-252-17719
Steve.wasserman@usdoj.gov

Beau D. Barnes
Trial Attorney
D.C. Bar No. 1024150
Counterintelligence & Export Control Section
National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone: (202) 305-4679
Beaudre.Barnes@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 10, 2026, I caused a copy of this motion to be served, via ECF upon counsel for the defendant.

/s/*Steven Wasserman*
Steven B. Wasserman
Assistant United States Attorney