**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**GERALD BROWN,**<br><br>**Defendant.** | **Criminal No. 26-cr-67 (CRC)** |

**ORDER**

This matter comes before the Court on the parties' Joint Motion to Continue Status Hearing and to Exclude Time for Purposes of the Speedy Trial Act. The Court finds that there is good cause for the relief requested in the motion. The Court also finds that the ends of justice served by granting a continuance in this matter outweigh the best interests of the public and the Defendant in a speedy trial, because the continuance will allow the parties to discuss a resolution of this matter that would obviate the need for grand jury action. *Cf.* 18 U.S.C. § 3161(h)(7)(A). It is hereby

ORDERED that the status hearing set for July 14, 2026, shall be continued to September ____ , 2026, at ______ A.M/P.M.; and it is further

ORDERED that the time between July 14, 2026, and the next scheduled status hearing on September _____ 2026, shall be excluded from the time within which trial in this matter must commence under the Speedy Trial Act.

Date: ___________________

___________________________________
CHRISTOPHER R. COOPER
United States District Judge

cc: Counsel of Record