**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **No. 26-cr-067 (CRC)** |
| **GERALD EDDIE BROWN, JR.** | : | |

**<u>MOTION TO MODIFY CONDITIONS OF RELEASE</u>**

Mr. Gerald Eddie Brown, Jr., through undersigned counsel, respectfully requests that this Court modify his conditions of release to include: (1) confinement to his residence in the state of Indiana, (2) while on an ankle monitor.

On March 25, 2026, the Court ordered Mr. Brown released subject to placing his home in Indiana as security on bond. Mr. Brown was able to do so, and on April 23, 2026, he was released into the custody of his sister Terry Lynn Brown, and home confinement at her home in Minneapolis, Minnesota.  He has been compliance with his conditions of release since that time.

Unfortunately, Ms. Brown's residence is extremely small and crowded with items she has collected over the years and sells as a side business.  Defense counsel has heard from Ms. Brown, Mr. Brown, and the local supervising probation officer that conditions are quite difficult given the number of items and the crowding in the home.  These conditions have put a strain on both Mr. Brown and his sister.

Out of concern for Mr. Brown's well-being, defense counsel is requesting that Mr. Brown's release conditions be modified to support his relocation to his residence in the state of Indiana, where he would be placed on home incarceration and GPS monitoring, in the form of an ankle monitor.  He also requests that, once on home incarceration in Indiana, he be permitted to go to the grocery store once or twice a week, or be given limited, supervised access to the internet to

1

enable him to order groceries and other personal household necessities (e.g., toiletries) brought directly to his home.

The government opposes this motion. However, Mr. Brown's compliance on release has demonstrated that he is not a flight risk, and that he is more than willing to abide by his conditions of release, including under the difficult circumstances he finds himself in. A third-party custodian is wholly unnecessary at this time, and any remaining concerns about flight risk are more than assured by the continued condition of home incarceration subject to GPS monitoring, as well as the existing property bond in this case.

For the foregoing reasons, Mr. Brown asks the Court to request that the Court modify his conditions of release to allow his relocation to home incarceration in the state of Indiana. He respectfully requests a hearing on this motion.

Respectfully submitted,

*/s/ Courtney L. Millian*
Courtney Millian
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500

2