**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **No. 26-cr-067 (CRC)** |
| **GERALD EDDIE BROWN, JR.** | **:** | |

**REQUEST FOR HEARING ON MOTION TO MODIFY CONDITIONS OF RELEASE**

Mr. Gerald Eddie Brown, Jr., through undersigned counsel, respectfully requests that this Court set a hearing on his motion to modify his conditions of release.

The motion to modify is fully briefed at this time, and defense counsel respectfully requests a hearing. Counsel just got off the phone with the probation officer supervising Mr. Brown in Minnesota who indicated his willingness to appear by Zoom to discuss the status of Mr. Brown's supervision with the Court directly. Defense counsel believes it would be beneficial for the Court to hear from the officer directly supervising Mr. Brown about his excellent compliance on release, the burden of Mr. Brown's present living situation and conditions, and his own perspective on permitting Mr. Brown to return home. These are facts that were not available to the Court at the time of the initial release decision and support both a hearing and a modification of Mr. Brown's release conditions.

Respectfully submitted,

*/s/ Courtney L. Millian*
Courtney Millian
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500