**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA :**

**v. : 26-CR-67 (CRC)**

**GERALD BROWN :**

**UNOPPOSED MOTION TO APPEAR AT STATUS HEARING BY ZOOM**

Mr. Gerald Brown, through undersigned counsel, respectfully moves this Honorable Court for leave to appear at the September 17, 2026, status hearing in this matter via Zoom. In support of this motion, counsel submits the following.

1. On February 25, 2026, Mr. Brown was arrested for violating and conspiring to violate the Arms Export Control Act (AECA), in violation of 18 U.S.C. § 371 and 22 U.S.C. § 2778. *See* Affidavit in Support of Complaint (Dkt. 1) ("Affidavit"). In particular, the government alleges that Mr. Brown provided fighter aircraft training for the People's Republic of China's military, including for pilots in the People's Liberation Army Air Force. According to the government, this training constituted a defense service under the International Traffic in Arms Regulations and required registration with and a license from DDTC prior to being provided to foreign persons.

2. In March 19, 2026, the government moved for Mr. Brown's pretrial detention. Defense counsel opposed, and, on March 23, 2026, Mr. Brown was ordered released by the magistrate judge to live with his sister in Minneapolis, Minnesota. That decision was affirmed by Chief Judge Boasberg two days later, with the added condition that Mr. Brown put up his residence in Indiana as bond.

3.On April 23, 2026, Mr. Brown was released to live with his sister in Minnesota following the completion of the bond paperwork associated with his residence. At the hearing, the Court noted that Mr. Brown could file a motion asking to appear virtually at future status hearings.

5. Mr. Brown has remained in Minneapolis, at his sister's, since his release.

6. This Court scheduled a status hearing for September 17, 2026.

7. Minneapolis is over 1,100 miles from Washington, DC. Traveling to D.C. for the hearing would create a substantial, unnecessary hardship. He would have to ask his sister, who owns the only car he has access to, to drive him over 16 hours, likely over the course of two days, in order to attend the hearing. On top of the difficulty of that travel, it would also be expensive. Mr. Brown and his sister would be required not only to incur the expense of gas to drive there and back, but to pay for multiple nights at a hotel in order to attend.

8. Traveling to D.C. for the status hearing would create a hardship for Mr. Brown, who is not working while he is on home incarceration. Mr. Brown respectfully requests that the Court permit him to appear by Zoom while his counsel appears in person on his behalf.

9. Mr. Brown anticipates joining the Zoom call from the Minneapolis federal probation office or the Office of the Federal Public Defender in Minneapolis. Defense counsel is still confirming the logistics of where Mr. Brown will take that call, but requests he be permitted to travel (likely transported by his sister or the probation office) for the purposes of that call.

7. Undersigned counsel contacted government counsel, who represented that the government has no opposition to the request to appear virtually.

WHEREFORE, for the forgoing reasons, Mr. Brown respectfully moves this Honorable Court for leave to appear at the September 17, 2026 status hearing by Zoom.

Respectfully submitted,
A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
___________________________________

COURTNEY L. MILLIAN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500, ext. 5109