**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **GERALD BROWN,** | : | **Case No. 26-cr-67** |
| | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the Assistant Attorney General for the National Security Division, hereby informs the Court that National Security Division Trial Attorney Colin Nardone is entering his appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

JOHN A. EISENBERG
ASSISTANT ATTORNEY GENERAL

Dated: November 2, 2026

By: /s/ *Colin T. Nardone*

Colin T. Nardone
Trial Attorney
IL Bar No. 6336440
Counterintelligence & Export Control Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 233-2132
Email: Colin.Nardone@usdoj.gov