**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff;** | ) | |
| | ) | **Case No.: 26-cr-0067 (CRC)** |
| **v.** | ) | |
| | ) | |
| **GERALD EDDIE BROWN, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF ASSIGNMENT

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Michael Beach has assumed responsibility for the defense of the defendant. Please send copies of all notices and inquiries to the attorney listed below.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

MICHAEL BEACH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
202-208-7500
michael_beach@fd.org